IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PRUDENCE M. STAVIG, Personal Representative of the Estate of Roger Stavig; KYLE STAVIG, KATRINA STAVIG ROTH, LEIF STAVIG, CHRISTIAN STAVIG, and CODY STAVIG, | Case No. 3:14-cv-01490-JE |
| Plaintiffs, | STIPULATED JUDGMENT OF DISMISSAL |
| v. | |
| IMACC CORPORATION, | |
| Defendant. | |

BASED UPON the stipulation of the parties, it is hereby ADJUDGED that this matter is dismissed with prejudice and without award of costs or fees to either party.

DATED this 17th day of September, 2015.

/s/ John Jelderks
John Jelderks
United States Magistrate Judge

IT IS SO STIPULATED:

s/ Paul G. Dodds
Paul G. Dodds, OSB #872039
Of Attorneys for Plaintiffs

s/ Aaron K. Stuckey
Aaron K. Stuckey, OSB #954322
Of Attorneys for Defendant